IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT T. GARRETT, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV472 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order entered this date, the Petition for Writ of Habeas Corpus is dismissed without prejudice to Petitioner's reassertion of his claim in a civil rights action. The court will not issue a certificate of appealability in this matter.

DATED this 23rd day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge